JS-6

1

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| PATRICIA SODEN, | ) | CASE NO. CV 10-4596-JST (JEMx) |
|---|---|---|
| Plaintiff, | ) ) ) | |
| vs. | ) | **JUDGMENT IN A CIVIL CASE** |
| UNITED STATES OF AMERICA (UNITED STATES POSTAL SERVICE), | ) ) ) ) | |
| Defendant. | ) ) ) ) | |

The Motion for Summary Judgment of Defendant United States of America came on regularly for hearing before the Court on October 3, 2011.  Plaintiff waived oral argument on September 30, 2011.  (Doc. 22.)  Having reviewed the briefs and taken the matter under submission, the Court subsequently entered its order granting the motion.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Defendant United States of America's Motion for Summary Judgment be granted and judgment is hereby entered for Defendant United States of America.

DATED:  October 21, 2011

**JOSEPHINE STATON TUCKER**
JOSEPHINE STATON TUCKER
United States District Judge

1